ORDERED.

Dated:  July 17, 2019

_____
Karen S. Jennemann
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:                                                                                  Case Number **6:19-bk-02428-KSJ**
                                                                                           Chapter 7
**Maria Rivera**,

                                        Debtor(s).
_____/

### ORDER AUTHORIZING RETENTION OF BK GLOBAL REAL ESTATE SERVICES AND KAVITA HANISHA UTTAMCHANDANI AS LISTING AGENT

THIS CASE came on for consideration without hearing on the Trustee's (I) Application to Retain BK Global Real Estate Services to Procure Consented Private Sale Pursuant to 11 U.S.C. §§ 327, 328, and 330, and (II) Application to Retain Kavita Hanisha Uttamchandani of Century 21 Carioti as Listing Agent and to Procure Consented Private Sale Pursuant to 11 U.S.C. §§ 327, 328, and 330, (docket no. 25) filed July 16, 2019. Based upon the facts set forth in the application and declarations by BK Global Real Estate Services and the Listing Agent, the Court concludes that BK Global Real Estate Services and the Listing Agent do not hold or represent an interest adverse to the estate and are disinterested persons within the meaning of § 101(14) of the Bankruptcy Code.  The Court further concludes that BK Global Real Estate Services and the Listing Agent are qualified to represent the Trustee and that the Court's authorization of their employment is in the best interest of the estate.  Accordingly, it is

ORDERED the Application is granted and the Court approves the retention of BK Global Real Estate Services and Kavita Hanisha Uttamchandani of Century 21 Carioti to sell real property located at 4903 Polaris St., Orlando, FL 32819, Parcel ID No. 30-23-29-8557-07-200.  BK Global Real Estate Services and Listing Agent shall be compensated in accordance with the BKRES Agreement and Listing Agreement, respectively, and such compensation shall be subject to the provisions of § 330 of the

Bankruptcy Code. BK Global Real Estate Services and Listing Agent shall be authorized to receive and retain their fees from Secured Creditors at the successful closing of the sale of the Property without necessity of further order of the Court. The estate shall, in no circumstance, be obligated to compensate BKRES or Listing Agent in such event and BKRES and Listing Agent shall not have a claim against the estate for any unpaid amounts. BKRES and Listing Agent, and anyone claiming by, through or under either of them, shall only have recourse for recovering its fee to Secured Creditors. The estate shall have no liability for any such claim. Compensation will be determined later in accordance with 11 U.S.C. § 330. The hourly rate is not guaranteed and is subject to review.

Special Counsel Kristen L. Henkel is directed to serve a copy of this Order on interested parties and file a proof of services within 3 days of entry of the Order.