# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION
www.flmb.uscourts.gov

In re :

Case No. **6:19-bk-02428-KSJ**
Chapter 7

**Maria Rivera**,

Debtor(s).

_____/

## MOTION FOR ORDER APPROVING SALE OF ESTATE'S INTEREST IN
## REAL ESTATE IN ORANGE COUNTY, FLORIDA

Trustee, Marie E. Henkel, by and through her undersigned counsel, moves this Court for authority to sell the estate's interest in real property on the following terms :

1.  The property to be sold is the estate's interest in residential real estate in Orange County, Florida, said real estate being more particularly described as follows :

---

NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.  You should read these papers carefully and discuss them with your attorney, if you have one.  If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified or eliminated.

If you object to the relief requested in this paper, you must file a response with the Clerk of the U.S. Bankruptcy Court, 400 W. Washington St., Ste. 5100, Orlando, FL 32801 and serve a copy on Marie E. Henkel, Trustee, 3560 S. Magnolia Ave., Orlando, FL 32806; Kristen L. Henkel, Esq., 3560 S. Magnolia Ave., Orlando, FL 32806; and on U. S. Trustee, 400 W. Washington St., Ste. 1100, Orlando, FL 32801.

If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without hearing.  If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

**Lot 20, Block 7, TANGELO PARK SECTION FIVE, according to the plat thereof as recorded in Plat Book Y, Page 61, Public Records of Orange County, Florida.**

**Parcel ID 30-23-29-8557-07200**
**a/k/a 4903 Polaris St., Orlando, FL 32819**

2. Manner of Sale : The buyer has been procured through the efforts of the estate's realtors, BK Global Real Estate Services and Hanisha Kavita Uttamchandani, of Century 21 Carioti.  The buyer has

1

made an earnest money deposit in the amount of $1,305.00, and is ready to complete the purchase for the sales price indicated below, upon approval of the sale by the Court.  Trustee proposes to convey whatever interest the Estate has in the property to the Buyer upon approval of this Motion.

3. Terms of Sale :

   a. Buyer :        Adiken LLC

                     3956 Town Center Blvd., Unit 272
                     Orlando, FL 32837

   b. Sales Price : $115,800.00

   c. Appraised Value : The property is assessed by the Orange County Property Appraiser at $101,849.00.

   d.  Costs of Sale :  The estate has agreed to pay the following costs associated with transfer of title :

   | | |
   |---|---:|
   | Real Estate Commission & Costs | $ 6,948.00 |
   | Closing Fee (includes overnight courier & wire fees) | 850.00 |
   | Title Search & Title Insurance | 754.00 |
   | 2019 Real Estate Taxes | 1,712.02 * |
   | Documentary Stamp Tax on Deed | 810.60 |
   | Obtaining & recording bankruptcy documents | 236.50 * |
   | Record Releases/Affidavits/Dismissal | 106.50 * |
   | Payoff Child Support Judgment | 1,200.00 * |
   | Payoff Certified Judgment | 1,500.00 * |
   | Final Utility Bills | 750.00 * |
   | Municipal Lien Search & Payoff | 400.00 * |
   | Mortgage Payoff to Deutsche Bank | 85,000.00 * |
   | Total | $100,267.62 |

* estimate

The net proceeds to the estate are approximately $15,532.38.  The trustee believes this sale to be of benefit to the estate.

   e.  Trustee intends to transfer title to the property by trustee's deed, subject to current year's taxes, assessments, zoning, restrictions, and other requirements imposed by governmental authorities, and other matters appearing on the plat or otherwise common to the subdivision, and public utility easements of public record.

   f.  The estate will provide a trustee's deed to the buyer and certified copies of the Order approving sale, Notice of Commencement of bankruptcy and of the docket, reflecting no objections to the sale, or if any, that said objections were overruled by Court Order.  Trustee is unaware of the existence of any liens or

encumbrances on the property, except as disclosed above.  Under separate application, a commission on the sale will be sought by the realtors, in the amount of $6,948.00. Therefore, the net proceeds to the estate from the sale, will be approximately $15,532.38.  There are no adverse tax consequences of the sale to the estate.

g.  The Trustee respectfully requests that this Court:  (a) waive the 14-day stay pursuant to Rule 6004(h), deem the sale order enforceable immediately upon entry, and authorize the Trustee to close on the sale immediately upon entry of the Final Sale Order; (b) authorize the Trustee to take all actions and execute all documents she deems reasonable, necessary and/or desirable to effectuate the requested relief; (c) retain sole and exclusive personal subject matter jurisdiction to implement, interpret and enforce the terms of this Motion and the Final Sale Order; and (d) adjudicate all claims, controversies and/or disputes arising from or related to this sale.

WHEREFORE, Trustee moves this Court to enter an Order authorizing the sale of the property as set forth above and waiving the 14-day stay pursuant to Rule 6004(h).

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was furnished by first class United States Mail, postage prepaid, or by electronic delivery, on October 7, 2019, to Adiken LLC, 3956 Town Center Blvd., Unit 272, Orlando, FL 32837; and to all persons on the mailing matrix, attached to the original of this document, as furnished by the Clerk's office on October 7, 2019.

*/s/ Kristen L. Henkel*
Kristen L. Henkel, Esq.
Florida Bar No. 81858
M. E. Henkel, P.A.
3560 South Magnolia Avenue
Orlando, Florida 32806
Telephone : (407) 438-6738
Facsimile : (407) 858-9466
khenkel@mehenkel.com

3