# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE:                                                                    CASE NO.: 19-bk-02428-KSJ
                                                                                         CHAPTER 7

Maria Rivera,

    Debtor.
_____/

## LIMITED OBJECTION TO MOTION FOR ORDER APPROVING SALE OF ESTATE'S INTEREST IN REAL ESTATE IN ORANGE COUNTY, FLORIDA

        **COMES NOW**, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE2 by and through undersigned counsel, hereby files its Limited Objection to Motion for Order Approving Sale of Estate's Interest in Real Estate in Orange County, Florida ("Motion") (Docket No. 44) and, in support thereof, states as follows:

1. Secured Creditor holds a first lien on the subject property located at 4903 Polaris St., Orlando, FL 32819 (the "Property").

2. On October 7, 2019, Marie E. Henkel, Trustee ("Trustee") filed a Motion for Order Approving Sale of Estate's Interest in Real Estate in Orange County, Florida requesting approval to sell the property for $115,800.00.

3. The estimated payoff of Secured Creditor's lien is $80,122.03 as of October 31, 2019. This amount should not be relied upon to pay off the loan as interest and additional

advances may come due prior to the date of the proposed sale. Secured Creditor will provide an updated payoff at or near the scheduled closing of the sale.

4. Secured Creditor does not object to the Trustee's Motion to the extent that any sale is subject to Secured Creditor's lien and that Secured Creditor's lien will be paid in full at the closing of said sale based upon an up to date payoff quote.

5. Secured Creditor is filing its Response in an abundance of caution, as Secured Creditor wants it to be clear that it should not be compelled to participate in a sale of the property absent payment in full of Secured Creditor's mortgage lien on the real property without being given the right to credit bid pursuant to 11 U.S.C. § 363(k).

6. Furthermore, Secured Creditor requests that failure to complete any sale within 90-days of entry of this Order will result in any Order authorizing the sale to be deemed moot.

7. Secured Creditor reserves the right to supplement this response at or prior to any hearing on this matter.

**WHEREFORE,** Secured Creditor respectfully requests the Motion be conditionally granted, and any order granting the Motion shall include the terms identified herein; and for such other and further relief as the Court deems just and proper.

Respectfully Submitted,

Robertson, Anschutz & Schneid, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 470-321-7112
Facsimile: 561-997-6909

By: /s/April Harriott
April Harriott, Esquire
Florida Bar Number 37547
Email: aharriott@rasflaw.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 25, 2019, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

BARTLETT LEGAL, PLLC
201 SOUTH BISCAYNE BOULEVARD, 28TH FLOOR
MIAMI, FL 33131

MARIE E. HENKEL
3560 SOUTH MAGNOLIA AVENUE
ORLANDO, FL 32806

UNITED STATES TRUSTEE ORL7/13,7
OFFICE OF THE UNITED STATES TRUSTEE

GEORGE C YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET, SUITE 1100
ORLANDO, FL 32801

MARIA RIVERA
3337 CORSA AVENUE
BRONX, NY 10469

                              Robertson, Anschutz & Schneid, P.L.
                              Attorney for Secured Creditor
                              6409 Congress Ave., Suite 100
                              Boca Raton, FL 33487
                              Telephone: 470-321-7112
                              Facsimile: 561-997-6909

                              By: /s/April Harriott
                              April Harriott, Esquire
                              Florida Bar Number 37547
                              Email: aharriott@rasflaw.com