ORDERED.

Dated: November 04, 2019

_____
Karen S. Jennemann
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re :                                                                  Case No. **6:19-bk-02428-KSJ**
                                                                                    Chapter 7

**Maria Rivera**,

                        Debtor(s).
_____/

**AGREED ORDER GRANTING TRUSTEE'S MOTION TO APPROVE SALE OF**
**ESTATE'S INTEREST IN REAL ESTATE IN ORANGE COUNTY, FLORIDA**

This case came before the Court on Trustee's Motion for Order Approving Sale of Estate's Interest in Real Estate in Orange County, Florida, dated October 7, 2019 (docket no. 44), and Deutsche Bank National Trust Company's Limited Objection to Motion for Order Approving Sale of Estate's Interest in Real Estate in Orange County, Florida, dated October 25, 2019 (docket no. 45). Said Motion was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to respond within 21 days of the date of service; and no party has filed a response within the time permitted, aside from the objection noted above. Therefore, the Court considers the matter to be unopposed, and having reviewed the Motion, the file, and being otherwise apprised of the matter,

Accordingly, it is

1

ORDERED that the Trustee's Motion for Order Approving Sale of Estate's Interest in Real Estate in Orange County, Florida, is granted, and the Trustee is authorized to sell the estate's interest in said property, as follows :

1. The property to be sold is more particularly described as :

   **Lot 20, Block 7, TANGELO PARK SECTION FIVE, according to the plat thereof as recorded in Plat Book Y, Page 61, Public Records of Orange County, Florida.**

   **Parcel ID 30-23-29-8557-07200**
   **a/k/a 4903 Polaris St., Orlando, FL 32819**

3. The property shall be sold to the following buyer for the sales price indicated :

|  | Sales Price |
|---|---|
| **Adiken LLC** <br> 3956 Town Center Blvd., Unit 272 <br> Orlando, FL 32837 | **$115,800.00** |

4. The Trustee has authorized to pay from the sales price, normal closing costs and sums necessary to satisfy an existing mortgage, child support judgment (if necessary), certified judgment (if necessary), and 2019 real estate taxes, as described in the Motion.

5. Prior to the closing of the anticipated sale, an updated payoff as to Deutsche Bank National Trust Co.'s mortgage shall be ordered and the same shall be paid in full upon the closing of the sale.

6. Trustee is authorized to transfer title to the property by Trustee's Deed, conveying the interest of the estate, subject to current taxes, assessments, zoning, restrictions, and other requirements imposed by governmental authorities, restrictions and other matters appearing on the plat or otherwise common to the subdivision, and public utility easements of record.

7. The Estate shall provide to buyer, a certified copy of the Order approving sale, certified copy of Notice of Commencement and certified copy of docket, reflecting no objection to the sale, or if any, that said objections have been overruled by Court Order.

8. Under separate application, a realtor's commission of $6,948.00, may be sought for approval.

9. The 14-day stay pursuant to Rule 6004(h) is hereby waived.

| _/s/ Kristen L. Henkel_ | _/s/ April Harriott_ |
|---|---|
| Kristen L. Henkel, Esq. | April Harriott, Esq. |
| Florida Bar No. 81858 | Florida Bar No. 37547 |
| M. E. Henkel, P.A. | Robertson, Anschutz & Schneid, P.L. |
| 3560 South Magnolia Avenue | 6409 Congress Ave., Suite 100 |
| Orlando, Florida 32806 | Boca Raton, FL 33487 |
| Telephone : (407) 438-6738 | Telephone: (561) 241-6901 |
| Facsimile : (407) 858-9466 | Fax: (561) 997-6909 |
| khenkel@mehenkel.com | aharriott@rasflaw.com |

Attorney Kristen L. Henkel is directed to serve a copy of this Order on interested parties who do not receive service on CM/ECF and file a proof of service within 3 days of entry of the Order.

| _/s/ Kristen L. Henkel_ | _/s/ April Harriott_ |
|---|---|
| Kristen L. Henkel, Esq. | April Harriott, Esq. |
| Florida Bar No. 81858 | Florida Bar No. 37547 |
| M. E. Henkel, P.A. | Robertson, Anschutz & Schneid, P.L. |
| 3560 South Magnolia Avenue | 6409 Congress Ave., Suite 100 |
| Orlando, Florida 32806 | Boca Raton, FL 33487 |
| Telephone : (407) 438-6738 | Telephone: (561) 241-6901 |
| Facsimile : (407) 858-9466 | Fax: (561) 997-6909 |
| khenkel@mehenkel.com | aharriott@rasflaw.com |

Attorney Kristen L. Henkel is directed to serve a copy of this Order on interested parties who do not receive service on CM/ECF and file a proof of service within 3 days of entry of the Order.